# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00737-CV

**Chase Carmen Hunter, Appellant**

**v.**

**Texas Department of Insurance and David Mattax,
in his Official Capacity as Commissioner of Insurance, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-13-001957, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## D I S S E N T I N G   O P I N I O N

For substantially the same reasons I indicated in *Enriquez v. Livingston*, 400 S.W.3d 610, 623–25 (Tex. App.—Austin 2013, pet. denied) (Pemberton, J., dissenting), I would affirm the district court's judgment here.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Bourland

Filed:   January 14, 2016